CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 16 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| CHAD ROBERT SHAFFER,<br>Petitioner, | Civil Action No. 7:05CV00632 |
| v. | **ORDER** |
| GENE M. JOHNSON,<br>Respondent. | By: Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 16th day of November, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge